## MILLER BREWING CO. *v.* JONES, DIRECTOR OF REVENUE OF ILLINOIS.

No. 1067. Decided April 17, 1967.

*Frank H. Uriell* and *Paul A. Teschner* for appellant.

*William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *John J. O'Toole,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.